# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00206-CR

The State of Texas,
Appellant

v.

Joshua E. Hale,
Appellee

On appeal from the
County Court of Navarro County, Texas
Judge H. M. Davenport, presiding
Trial Court Cause No. CR-83378

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The State appealed from a sentence imposed against Joshua E. Hale that the State believed was an illegal sentence. TEX. CODE CRIM. PROC. ANN. 44.01(b). The State has filed a motion to dismiss the appeal. The State's motion is granted. This appeal is dismissed. TEX. R. APP. P. 42.2(a).

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  June 18, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
Do not publish
CR25

